# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FULLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOWRY, *et al.*,<br><br>　　　　　Defendants.<br>_____ | Case No. CV 11-3854 MMM (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

Accordingly, IT IS ORDERED THAT:

1.　The Report and Recommendation is approved and accepted.

2.　Judgment be entered dismissing this action without prejudice.

3.　The Clerk serve copies of this Order and the Judgment on the parties.

DATED: February 17, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE