# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FULLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOWRY, *et al.*,<br><br>　　　　　Defendants. | Case No. CV 11-3854 MMM (JCG)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: February 17, 2012

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE